JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

MARGARET MARY FRISCH,       ) Case No: 5:26-cv-00579-DFM
    Plaintiff,                                )
                                         )
        vs.                                   ) **JUDGMENT**
                                         )
FRANK BISIGNANO,                      )
Commissioner of Social Security,       )
                                         )
    Defendant.                              )
                                         )

      The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: <u>June 22, 2026</u>       _____
                               HON. DOUGLAS F. MCCORMICK
                               UNITED STATES MAGISTRATE JUDGE